UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Simona Samuelson, as trustee for the heirs and next of kin of Leonard Samuelson, Jr., | Case No. 16-cv-95 (PAM/SER) |
| Plaintiff, | |
| v. | **ORDER** |
| United States Steel Corporation, Radiator Specialty Company, Berryman Products, Inc., and Safety-Kleen Systems, Inc., | |
| Defendants. | |

_____

This matter is before the Court on the parties' Stipulation of Dismissal with Prejudice (Docket No. 54). Accordingly, **IT IS HEREBY ORDERED** that this matter is **DISMISSED with prejudice** and without costs, disbursements, or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 14, 2017

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge